UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRISHA JO SMITH,

                    NO. CIV. S-08-649 LKK/JFM

    Plaintiff,

  v.

                    O R D E R

SOUTHWEST AIRLINES CO.,

    Defendant.

                         /

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: June 12, 2008.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT