**RYAN & FONG**
**TIMOTHY J. RYAN - 99542**
**REBEKKA MARTORANO - 173600**
2379 Gateway Oaks Drive, Ste. 100
Sacramento, California 95833
Telephone: (916) 924-1912

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRISHA JO SMITH, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST AIRLINES COMPANY and DOES 1 to 50, <br><br> Defendants. | Case No. 2:08-CV-00649-LKK-JFM <br><br> **STIPULATION AND ORDER RE. COMPLETION OF VDRP SESSION** |

The parties to this action, by and through their attorneys of record, stipulate as follows:

WHEREAS the parties previously agreed to participate in the Court's Voluntary Dispute Resolution Program (VDRP), and the Court issued an order (Docket No. 15) referring this matter to that program;

WHEREAS the parties agreed to select John Jefferson with the firm of Dreyer, Babish, Buccola & Calahan as the neutral, and this matter was referred to Mr. Jefferson for VDRP by correspondence dated June 24, 2008;

WHEREAS a VDRP session was scheduled to be held on September 26, 2008;

WHEREAS defendant Southwest Airlines Co. (Southwest) needs to complete additional discovery in order to be able to conduct a meaningful VDRP session, including obtaining plaintiff's

medical records and taking plaintiff's deposition;

WHEREAS Southwest has been unable to obtain the majority of plaintiff's medical records in spite diligent efforts to do so, because of delays in obtaining a response to a subpoena issued to the Kaiser Permanente facility in Vallejo, and the parties have therefore agreed to continue the deposition of plaintiff, currently set for August 22, 2008;

THEREFORE the parties agree to continue the VDRP session currently scheduled for September 26, 2008, and will schedule a new date for the session once the medical records are obtained and the deposition of plaintiff has been rescheduled.  The parties request that they be provided with an additional 90 days to complete the VDRP session, so that the session would be completed by December 21, 2008.

IT IS SO STIPULATED.

Dated: August __, 2008            CROWELL & CROWELL

                                  By:  /s/
                                       HENDRICK S. CROWELL
                                       Attorneys for Plaintiff

Dated: August __, 2008            RYAN & FONG

                                  By:  /s/
                                       REBEKKA R. MARTORANO
                                       Attorneys for Defendant
                                       Southwest Airlines Co.

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby extends the time for the parties to complete their VDRP session to December 21, 2008.

IT IS SO ORDERED.

Dated:  August 22, 2008.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2

Case No. 2:08-CV-00649-LKK-JFM       STIPULATION AND ORDER RE. COMPLETION OF VDRP SESSION